**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Civil Action No. 2:16-cv-1445-JRG-RSP |

**LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants LG Electronics, Inc. ("LGE") and LG Electronics U.S.A., Inc. ("LGEUS") by and through its undersigned attorneys, hereby state that LGEUS is a wholly owned subsidiary of the publicly held corporation LGE.

1

DATED:  January 24, 2017	Respectfully submited,

   */s/ R. Tyler Goodwyn IV*
R. Tyler Goodwyn IV
SBN 469685 (District of Columbia)
**DENTONS US LLP**
1900 K Street NW
Washington, DC 20006-1102
Telephone: (202) 496 7500
tyler.goodwyn@dentons.com

Renzo Nicola Rocchegiani
SBN 276740 (California)
**DENTONS US LLP**
4655 Executive Dr., Suite 700
San Diego, CA  92121
Telephone:  (619) 236-1414
Facsimile:  (619) 232-8311
renzo.rocchegiani@dentons.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this the 24th day of January, 2017.

<em><u>/s/ Angela Y. Ellis</u></em>