**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Civil Action No. 2:16-cv-1445-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

Defendants LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A, INC., file this Notice of Appearance, and hereby notify the Court and all parties of record that Renzo Nicola Rocchegiani of the law firm Dentons US, LLP, 4655 Executive Drive, Suite 700, San Diego, CA 92121, is appearing as counsel for LG Electronics, Inc. and LG Electronics U.S.A., Inc., in the above-referenced matter.

DATED:  January 24, 2017	Respectfully submitted,

   */s/ Renzo N. Rocchegiani*
Renzo Nicola Rocchegiani
SBN 276740 (California)
**DENTONS US LLP**
4655 Executive Dr., Suite 700
San Diego, CA  92121
Telephone:  (619) 236-1414
Facsimile:  (619) 232-8311

R. Tyler Goodwyn IV
SBN 469685 (District of Columbia)
**DENTONS US LLP**
1900 K Street NW
Washington, DC 20006-1102
Telephone: (202) 496 7500
tyler.goodwyn@dentons.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this the 24th day of January, 2017.

<u>/s/   Angela Y. Ellis</u>

102406665\V-1