IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br> LG ELECTRONICS, INC. and <br> LG ELECTRONICS U.S.A., INC., <br><br> Defendant. | Case No:  2:16-cv-1445-JRG-RSP |

## MOTION TO DISMISS LG DEFENDANTS WITHOUT PREJUDICE

Plaintiff Rothschild Connected Devices Innovations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendants LG Electronics, Inc. and LG Electronics U.S.A. Inc. without prejudice with each party to bear its own fees and costs.

Dated: March 15, 2017                                Respectfully submitted,

                                                     */s/ Jay Johnson*
                                                     **JAY JOHNSON**
                                                     State Bar No. 24067322
                                                     **BRAD KIZZIA**
                                                     State Bar No. 11547550
                                                     **KIZZIA JOHNSON PLLC**
                                                     1910 Pacific Ave., Suite 13000
                                                     Dallas, TX 75201
                                                     (214) 451-0164
                                                     Fax: (214) 451-0165
                                                     jay@kjpllc.com
                                                     bkizzia@kjpllc.com

                                                     **ATTORNEYS FOR PLAINTIFF**

                                    **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 15, 2017.

                                                     */s/ Jay Johnson*
                                                     Jay Johnson