IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br> LG ELECTRONICS, INC. and <br> LG ELECTRONICS U.S.A., INC., <br><br> Defendant. | § § § § § § § § § § § § <br><br> Case No:  2:16-cv-1445-JRG-RSP |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendants LG Electronics, Inc. and LG Electronics U.S.A. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 17th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE